**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> CARLOS CENTENO <br> ZENAIDA CENTENO <br> Debtor(s) | Case No. 10-25520 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/04/2010.

2) The plan was confirmed on 08/23/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/08/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/12/2011.

5) The case was converted on 06/13/2013.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $16,396.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $129,079.56 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $129,079.56

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,296.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,049.53 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $8,345.53

Attorney fees paid and disclosed by debtor:   $1,204.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | Unsecured | 3,163.00 | 4,145.57 | 4,145.57 | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION BI | Unsecured | 1,442.00 | 3,386.90 | 3,386.90 | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION BI | Unsecured | 1,357.00 | 1,332.85 | 1,332.85 | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION BI | Unsecured | 3,751.00 | 3,901.44 | 3,901.44 | 0.00 | 0.00 |
| AMEX | Unsecured | 1,357.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 1,321.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BALLYS TOTAL FITNESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 7,156.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 1,799.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 27,656.00 | 29,204.55 | 29,204.55 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 14,821.00 | 15,619.19 | 15,619.19 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 7,000.00 | 7,606.48 | 7,606.48 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARDWORKS | Unsecured | NA | 627.13 | 627.13 | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 2,636.00 | 2,792.06 | 2,792.06 | 0.00 | 0.00 |
| CHASE CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 10,756.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE CO | Secured | 260,926.39 | 254,309.69 | 0.00 | 65,908.36 | 0.00 |
| CHASE MANHATTAN MORTGAGE CO | Secured | NA | 6,616.70 | 7,211.70 | 7,211.70 | 0.00 |
| CHRYSLER FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITI CARDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITI CARDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 6,916.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK/BP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CPU/CITI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | 1,195.74 | 1,195.74 | 1,195.74 | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | 1,600.48 | 1,600.48 | 1,600.48 | 0.00 | 0.00 |
| DINERS CLUB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 7,719.12 | 7,719.12 | 7,719.12 | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 7,863.25 | 7,863.25 | 7,863.25 | 0.00 | 0.00 |
| DSNB MACYS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 8,199.81 | 8,199.81 | 8,199.81 | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 1,763.83 | 1,763.83 | 1,763.83 | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 9,548.18 | 9,548.18 | 9,548.18 | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 11,347.00 | 12,091.30 | 12,091.30 | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 2,214.00 | 2,229.98 | 2,229.98 | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 2,148.00 | 2,336.94 | 2,336.94 | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 2,080.00 | 2,686.51 | 2,686.51 | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 2,092.00 | 2,088.82 | 2,088.82 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 3,025.00 | 3,230.36 | 3,230.36 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 2,045.00 | 19,604.39 | 19,604.39 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 0.00 | 2,437.65 | 2,437.65 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 0.00 | 598.41 | 598.41 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,062.00 | 1,228.96 | 1,228.96 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 966.00 | 1,146.38 | 1,146.38 | 0.00 | 0.00 |
| ECMC | Unsecured | 73,343.29 | 73,343.29 | 73,343.29 | 0.00 | 0.00 |
| FIRST EQUITY | Unsecured | 8,621.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST USA BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GCO ELF DEP LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 5,416.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB BEBE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB GAP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/WALMART | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARSON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC/BEST BUY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 560.29 | 560.29 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 4,675.51 | 4,675.51 | 2,194.13 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 22,000.00 | 26,723.68 | 26,723.68 | 13,124.76 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 84,620.00 | 84,345.63 | 0.00 | 23,890.10 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 24,546.39 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | NA | 1,041.01 | 1,041.01 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | NA | 1,041.01 | 1,041.01 | 0.00 | 0.00 |
| KOHLS/CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LORD & TAYLOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDLAND FUNDING | Unsecured | 10,492.00 | 11,343.28 | 11,343.28 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 6,303.00 | 6,815.36 | 6,815.36 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 4,864.00 | 5,180.51 | 5,180.51 | 0.00 | 0.00 |
| NATIONAL CITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Unsecured | 1,278.00 | 1,615.96 | 1,615.96 | 0.00 | 0.00 |
| NGBL CARSONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORDSTROM FSB | Unsecured | 3,588.00 | NA | NA | 0.00 | 0.00 |
| OLYMPUS SERVICING LP ~ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OLYMPUS SERVICING LP ~ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES ENERGY | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,580.00 | 2,564.74 | 2,564.74 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 547.00 | 674.94 | 674.94 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 0.00 | 5,808.89 | 5,808.89 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 747.00 | 1,060.93 | 1,060.93 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 323.39 | 323.39 | 323.39 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 3,686.00 | 4,021.51 | 4,021.51 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,863.00 | 2,078.45 | 2,078.45 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 466.00 | 614.64 | 614.64 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,539.00 | 1,760.26 | 1,760.26 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,244.00 | 1,405.78 | 1,405.78 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 277.00 | 360.26 | 360.26 | 0.00 | 0.00 |
| RNB-FIELDS3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RNB-FIELDS3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RNB-FIELDS3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPIEGEL | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| STUDENT LOAN MKT ASSN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TJX REWARDS | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Unsecured | 801.84 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Secured | 8,024.16 | 8,024.16 | 6,907.64 | 6,907.64 | 380.82 |
| TOYOTA MOTOR CREDIT | Secured | 0.00 | 1,116.52 | 1,116.52 | 1,116.52 | 0.00 |
| UNVL CITI | Unsecured | 18,629.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Vanda LLC | Unsecured | 3,017.00 | 3,272.63 | 3,272.63 | 0.00 | 0.00 |
| Vanda LLC | Unsecured | 5,401.00 | 5,587.25 | 5,587.25 | 0.00 | 0.00 |
| Vanda LLC | Unsecured | 1,322.00 | 1,492.29 | 1,492.29 | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFFNNB/ LANE BRYANT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB NEW YORK & COMPANY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILSHIRECC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWK NATL Bl | Unsecured | 0.00 | 207.16 | 207.16 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWK NATL Bl | Unsecured | 801.00 | 1,060.07 | 1,060.07 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWK NATL Bl | Unsecured | 185.00 | 220.74 | 220.74 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $89,798.46 | $0.00 |
| Mortgage Arrearage | $7,211.70 | $7,211.70 | $0.00 |
| Debt Secured by Vehicle | $8,024.16 | $8,024.16 | $380.82 |
| All Other Secured | $2,082.02 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,317.88** | **$105,034.32** | **$380.82** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $31,399.19 | $15,318.89 | $0.00 |
| **TOTAL PRIORITY**: | **$31,399.19** | **$15,318.89** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$287,558.90** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $8,345.53 |
| Disbursements to Creditors | $120,734.03 |
| **TOTAL DISBURSEMENTS** : | **$129,079.56** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/18/2013           By: /s/ Tom Vaughn
                                       Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**